UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAXON MORTGAGE SERVICES, )<br>INC., as Servicer for JP MORGAN )<br>CHASE BANK, as Trustee and )<br>Custodian, )<br>    Plaintiff, )<br>v. )<br>)<br>U.S. BANK, N.A., as TRUSTEE, New )<br>Century Home Equity Loan Trust )<br>Series 2000-NCB, Wayside Trans. )<br>Corp., United States of America - )<br>Internal Revenue Service, Bank of )<br>America, NA and Richard Federico, )<br>    Defendants ) | Civil Action No. 07-11932-DPW |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Countrywide Home Loans, Inc., assignee of U.S. Bank N.A. ("Countrywide") hereby states that it is wholly owned by Countrywide Financial Corporation, which is a publicly traded company on the New York Stock Exchange.

    Countrywide Home Loans, Inc.
    By its attorneys,

    _/s/ Thomas M. Looney_
    Thomas M. Looney
    BBO #555040
    Lauren A. Solar
    BBO # 657289
    Bartlett Hackett Feinberg P.C.
    155 Federal Street, 9th Floor
    Boston, MA  02110
Dated: February 15, 2008    617-422-0200