UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAXON MORTGAGE SERVICES, INC., AS SERVICER FOR JP MORGAN CHASE BANK, AS TRUSTEE AND CUSTODIAN,<br>     Plaintiff,<br><br>v.<br><br>U.S. BANK, N.A., AS TRUSTEE, NEW CENTURY HOME EQUITY LOAN TRUST, SERIES 2000-NCB, INTERNAL REVENUE SERVICE, BANK OF AMERICA, N.A., RICHARD FEDERICO, JR.,<br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO: 07-11932<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF AND DEFENDANT-IN-COUNTERCLAIM
SAXON MORTGAGE SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT
<u>ON COUNTRYWIDE HOME LOANS, INC.'S AMENDED COUNTERCLAIM</u>**

Plaintiff and Defendant-in-Counterclaim, Saxon Mortgage Services, Inc. as servicer for JP Morgan Chase Bank, as Trustee and Custodian ("Saxon") move this court for summary judgment on the Amended Counterclaim of Countrywide Home Loans, Inc. ("Countrywide"). As grounds, Saxon submits the attached Memorandum, the affidavits of John Cottrell and Christopher J. DeCosta and the exhibits attached thereto. Saxon further states that there is no material issue of fact to be determined, and the undisputed material facts establish that Saxon is entitled to a judgment as a matter of law on Countrywide's counterclaim.

Countrywide's attempt to rewrite a mortgage executed and recorded over 9 years ago, of which its predecessor was on constructive notice of when it recorded

Countrywide's mortgage, has no basis in law or fact. The shear paucity of supporting facts and the passage of time bars any damages action arising out of the 1999 mortgage. Furthermore, Countrywide is not entitled to equitable relief because it did not exercise reasonable diligence before it recorded its mortgage, and because Saxon and innocent non-parties will be prejudiced if Countrywide is granted the relief it requests.

WHEREFORE, Saxon respectfully requests that the Court enter judgment in its favor and against Countrywide on the Counterclaim, and enter an order <u>dismissing</u> said counterclaim.

Respectfully submitted,

**SAXON MORTGAGE SERVICES, INC., as servicer for JPMorgan Chase Bank as Trustee and Custodian**

By its attorneys,

 */s/ Christopher J. DeCosta*
Christopher J. DeCosta, Esq. – BBO#657527
Paul Michienzie, Esq. – BBO#548701
Michienzie & Sawin LLC
745 Boylston Street, 5th Floor
Boston, MA 02116

Dated: October 10, 2008    Tel. 617-227-5660

# CERTIFICATE OF SERVICE

I, Christopher J. DeCosta, attorney for Plaintiff Saxon Mortgage Services, Inc., as Servicer for JP Morgan Chase Bank as Trustee and Custodian hereby certify that I have on this 10th day of October 2008 served a copy of the foregoing Motion for Summary Judgment via ECF and mailing a copy of same, postage prepaid, or electronic filing to the following:

Lauren Solar, Esq.
Thomas Looney, Esq.
Bartlett Heckett Feinberg, P.C.
155 Federal Street
Boston, MA 02110

Karen Wozniak, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044

Richard Federico, Jr.
22 Walden Drive
Natick, MA 01760

Wayside Trans. Corp.
58 Pulaski Industrial Park
Peabody, MA 01960

                                            __/s/ Christopher J. DeCosta_____
                                            Christopher J. DeCosta